# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

      Respondent

        v.

VAUGHN YOUNG,

      Petitioner

: No. 78 WAL 2017
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.